UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR VELARDE on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PENSKE TRUCK LEASING CO, L.P. and PENSKE TRUCK LEASING CORPORATION,<br><br>Defendants. | Case No.: 4:15-cv-05033-PJH<br><br>[**PROPOSED**} ORDER DISMISSING ACTION<br><br>Action Filed: October 2, 2015 |

    Based on the Parties' Joint Stipulation of Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and good cause having been shown, the Court Orders that the above-captioned action is hereby dismissed with prejudice and without costs or fees as to plaintiff Hector Velarde only, and dismissed without prejudice as to any other

//

//

//

1  person who could have been a member of the class alleged in the Complaint.
2      IT IS SO ORDERED.
3  Dated: May 23_____, 2016
4                                JUDGE OF THE DISTRICT COURT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION TO DIMSISS ACTION
2